WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Phyllis McAlister*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:17-cr-00354-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| PHYLLIS MCALISTER, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Phyllis McAlister, that the sentencing hearing currently scheduled for June 2, 2021, at 10:30 a.m., be vacated and continued sixty (60) days to August 2, 2021, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. The defense seeks, and the requested continuance will allow, additional time to prepare for sentencing.

2. Defendant is out of custody and does not object to the need to continue sentencing.

3. The government agrees to the requested continuance.

4. This continuance is not sought for purposes of delay, but for the reasons stated.

This is the first request for a continuance of sentencing.

Date: April 21, 2021

| Counsel for PHYLLIS MCALISTER | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Christopher Lin*<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Phyllis McAlister*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:17-cr-00354-APG-EJY |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| PHYLLIS MCALISTER, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of June 2, 2021, at 10:30 a.m., and continues the date sixty (60) days, such that the new sentencing date shall be August 5, 2021 at 10:00 a.m. in Courtroom 6C.

DATED this 21st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE

3