CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
everonda@usa.doj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00354-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| PHYLLIS MCALISTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, counsel for Phyllis McAlister, that the Sentencing Hearing currently scheduled on August 5 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The defense seeks, and the requested continuance will allow, additional time to prepare for sentencing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that "the Court may, for good cause, change any limits prescribed in this rule";

5. This continuance is not sought for purposes of delay, but for the reasons stated.

6. This is the second request for a continuance filed herein.

WHEREFORE, for the foregoing reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to be set to a date and time convenient to the Court but no earlier than thirty (30) days.

This is the second request for a continuance of the Sentencing Hearing.

DATED this 13th day of July, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By */s/ William Brown, Esq.*
WILLIAM H. BROWN
Counsel for Defendant

By */s/ Edward J. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00354-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| PHYLLIS MCALISTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Thursday, August 5, 2021 at 10:30 a.m., be vacated and continued to __September 9, 2021__ at the hour of __9:30__ _a_.m. (Courtroom 6C); or to a time and date convenient to the court.

DATED this __13th__ day of July, 2021.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE