WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Phyllis McAlister*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:17-cr-00354-APG-EJY |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| PHYLLIS MCALISTER, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of September 9, 2021, at 9:30 a.m., and continues the date thirty (30) days, such that the new sentencing date shall be October 28, 2021, at 2:30 p.m. in LV Courtroom 6C. No further continuances will be granted absent extraordinary reasons.

DATED this 19th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

3